[No. 9974-8-II.   Division Two.   July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HENRY FRIAND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00915-1, J. Dean Morgan, J., entered May 29, 1986. *Affirmed* by unpublished opinion per Petrie,

J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.